Stephen L. Dreyfuss, Esq.
Matthew E. Moloshok, Esq.
HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center
Newark, New Jersey 07102-5386
Telephone: (973) 621-9020
Facsimile: (973) 621-7406

Court-Appointed Class Counsel

[Additional Counsel Listed on Signature Page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH DEMMICK, on behalf of himself and all others similarly situated; DONALD BARTH, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership doing business as Verizon Wireless; and DOES 1 through 10,<br><br>      Defendant. | Civ. Act. No. 06-2163 (JLL)<br><br>Honorable José L. Linares<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ORDER: (1) GRANTING PRELIMINARY APPROVAL TO SETTLEMENT; (2) CONDITIONALLY CERTIFYING SETTLEMENT CLASSES; AND (3) APPROVING CLASS NOTICE PLAN**<br><br>Return Date: November 17, 2014<br><br>Oral Argument Not Requested |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on November 17, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable José L. Linares, U.S.D.J., at the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, plaintiffs Ralph Demmick and Donald Barth (together, "Plaintiffs") shall move this Court for an Order: (1) granting preliminary approval to the parties' settlement of this certified class action, as set forth in the Stipulation and Settlement Agreement attached as Exhibit "1" to the Declaration of J. Paul Gignac; (2) conditionally certifying, for settlement purposes only, the Settlement Classes  defined in the Stipulation and Settlement Agreement at Article II, ¶¶ 21, 23; and (3) approving the Class Notice Plan  attached as Exhibit "1" to the Declaration of Gina M. Intrepido-Bowden and summarized in the Stipulation and Settlement Agreement at Article V, ¶¶ 1-5.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Plaintiffs will rely upon the Memorandum of Law submitted herewith, the Stipulation and Settlement Agreement, the Declaration of J. Paul Gignac, and the Declaration of Gina M. Intrepido-Bowden.

This motion is not opposed.  Therefore, oral argument is not requested unless desired by the Court.

Dated: October 24, 2014  HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP

By s/   Stephen L. Dreyfuss, Esq.

Stephen L. Dreyfuss, Esq.
Matthew M. Moloshok, Esq.
One Gateway Center
Newark, New Jersey 07102-5386
Telephone: (973) 621-9020
Facsimile: (973) 621-7406

FOLEY BEZEK BEHLE & CURTIS, LLP
Peter J. Bezek, Esq. (admitted *pro hac vice*)
Robert A. Curtis, Esq. (admitted *pro hac vice*)
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0072

ARIAS OZZELLO & GIGNAC LLP
J. Paul Gignac, Esq. (admitted *pro hac vice*)
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone: (805) 683-7400
Facsimile: (805) 683-7401

Court-Appointed Class Counsel