OBJECTOR:
Wanda J. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
(330) 414-9322



FEB 17 2015

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH DEMMICK, on behalf of himself and all others similarly situated; DONALD BARTH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership doing business as Verizon Wireless; and DOES 1 through 10,<br><br>Defendant. | Civ. Act. No. 06-2163 (JLL)<br><br>Honorable José L. Linares<br><br>**OBJECTION TO CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEY'S FEES**<br><br>Hearing Date: March 30, 2015 Hearing Time: 10:00 a.m. |

Now comes class member Wanda J. Cochran, who hereby objects to: (1) Plaintiff's Motion for Orders Granting Final Approval to Proposed Settlement and Entering Final Judgment (DE 156); and (2) Plaintiff's Motion For Order Awarding Attorneys' Fees To Class Counsel (DE 158). Specifically, Objector believes the Court should deny the pending motions because they are not fair, adequate, and reasonable to the class for the following reasons:

    1.    The $37 million dollar cash settlement represents only 23% of estimated

    class damages;

2. Members of the 12K subclass should not receive the same credit as the more substantiated damages attributed to the VISION subclass;

3. It is unlikely that In-Network settlement class members will take advantage of the PIN crediting system;

4. It is unreasonable to award legal fees equal to 30% of the cash settlement and four times the actual billable hours.

Objector has retained legal counsel experienced in such matters who hopes to apply for admission pro hac vice. Accordingly, Objector reserves the right to supplement or amend her objections upon advice of counsel and/or as other objections are filed. Objector does not intend to attend the fairness hearing scheduled for March 30, 2015, either personally or through counsel. Finally, Objector has standing to file the foregoing objections because she believes she qualifies for membership in the In-Network Settlement Class. For the foregoing reasons, Objector respectfully requests that the Court:

(1) Reject the proposed settlement as presented;

(2) Refuse to enter final judgments dismissing class claims against the settling defendant with prejudice;

(3) Deny the motion for attorneys' fees as presented.

Respectfully Submitted,

_____
WANDA J. COCHRAN

_2/13/15_____
Date

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing document was served by First Class U.S. Mail to the following on February 12, 2015:

U.S. District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

Robert A. Curtis, Esq.
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101

Henry Weissmann, Esq.
Munger, Tolles & Olson LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071

*Wanda J. Cochran*
Wanda J. Cochran