## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RALPH DEMMICK, et al.,** ) | |
|     Plaintiffs, ) | |
| v. ) | No. 06-2163 (JLL) |
| **CELLCO PARTNERSHIP,** ) | |
|     Defendant. ) | |

## NOTICE OF INTENTION TO APPEAR

Class member/Objector Nancy C Corser will appear at the fairness hearing scheduled for March 30, 2015 through her undersigned counsel or counsel admitted *pro hac vice*.

 

Respectfully submitted,
Nancy C. Corser
By her attorney,

*/s/ Vincent S. Verdiramo, Jr.*
VINCENT S. VERDIRAMO, JR.
VERDIRAMO & VERDIRAMO ESQS, PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on February 25, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                            */s/ Vincent S. Verdiramo*
                                            Vincent S. Verdiramo