March 6, 2015

U.S. District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

Sent Certified Mail

To whom this may concern:

I object to the Settlement in Demmick v. Cellco Partnership d/b/a Verizon Wireless, U.S. District Court for the District of New Jersey, Case No. 06-2163. I have Claim # CDK-10563940001 -20426. I had Verizon cell number 714-615-7268.

The attached Legal Notice says I am included in the settlement and that I can object, but I only recently received this notice on February 25th. That's only two days before the February 27th deadline. So please accept this letter as my objection to this settlement, and consider it timely.

I do not believe it is fair that the attorneys in this case are getting all this money as attorney fees, when other people in this lawsuit get minutes or calling cards. It looks like the vast majority of the money that is involved in this settlement is going to be snatched up by the attorneys.

I see that certain people identified with this settlement are receiving $15,000.00 (Ralph Demmick and Donald Barth). They should get the same thing everyone else receives. The PINS that are offered appear valueless. Now, a person can purchase a "pay as you go" cell plan for under $50.00 a month. I do not really need the PINS. I also do not think that the attorneys involved in this settlement will leave enough cash to pay the claims. How much money is actually available? It seems like this settlement is not properly funded with enough money. Instead, too many free minutes are offered.

I'd like to see this Court pay the attorneys in this case with the PINS they are offering to people such as myself. It appears that this may be the reason that I did not receive the notice of this settlement until two days before the deadline. How many other people received late notices?

The attorneys should be upfront with us about just how much cash is available for distribution. I don't think it will be very much, since people who are current customers receive a credit on their bill instead of cash. $60.00 in PINS isn't worth anything if you don't need it. I believe most class members, including myself, have no use for it. Free phone minutes is like selling oxygen. Most of us are getting it already.

It just doesn't seem fair that the attorneys are making millions of dollars for getting class members minutes for phone usage that are essentially worthless when you compare them to plans offered by Cricket or other carriers that offer unlimited phone usage for a flat rate of $50.00 or under each month.

I may try to consult with a lawyer about this. I will not be attending the March 30th hearing, but I ask that this Court accept my letter as timely, since I did not receive the notice in the mail until February 25th. Because of the late notice, I did not have enough time to review the settlement and prepare a response before the February 27th deadline.

I am also mailing this letter by certified mail to:

Robert A. Curtis, Esq.
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101

Henry Weissmann, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

Please do not approve this settlement under these circumstances, including the attorneys fees or the extra $15,000 being paid to Mr. Demmick and Mr. Barth.

John Finn
5241 Del Sur Cir.
La Palma, CA 90623-2211

## LEGAL NOTICE

**Verizon Wireless Family SharePlan subscribers (between May 11, 2002 and May 10, 2006) could get benefits and may be affected by a class action settlement.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

**1-877-482-8742**
**www.verizonFSPclassaction.com**

Si usted desea obtener una copia de la noticia completa en español, visite el sitio



www.verizonFSPclassaction.com

CDK

*Demmick v. Cellco Partnership*
*d/b/a Verizon Wireless*
Settlement Administrator
PO Box 43329
Providence, RI 02940-3329

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039



Postal Service: Please do not mark barcode

Claim #: CDK-10563940001 - 20426
C052145
John Finn
Attn: Olga Page
5241 Del Sur Cir., R
La Palma, CA 90623-2211

---

A $64.2 million settlement has been reached with Verizon Wireless in a class action lawsuit claiming it improperly: (1) billed Family SharePlan customers whose plans provided for different per-minute rates for "after-allowance" minutes used by different phone lines; and (2) charged Family SharePlan customers for "In-Network" or "In-Family" calling when these calls should have been free under the customers' plans. Verizon Wireless denies all of the claims in the lawsuit.

**Who is Included?** Verizon Wireless's records show that the addressee (called "you" in this notice) is included in the settlement. The settlement includes all U.S. residents (as of November 19, 2014) who, between May 11, 2002 and May 10, 2006, were Verizon Wireless Family SharePlan customers: (1) whose plans covered two or more persons with different per-minute rates for "after-allowance" minutes, and who were assessed charges for after-allowance minutes at a rate higher than the rate associated with the phone used to make or receive the calls after the allowance minutes were exhausted, calculated on a real time basis ("FSP Settlement Class Members"); and (2) whose plans offered free "In-Network" and/or "In-Family" calling, and who were charged for "In-Network" and/or "In-Family" calling ("In-Network Settlement Class Members").

**What Can You Get?** Subject to the Court's approval, FSP Settlement Class Members will receive a bill credit or cash payment from the $36.7 million cash settlement fund after the costs of administering the settlement, court-approved attorneys' fees and expenses, and payments to the Class Representatives have been deducted. In-Network Settlement Class Members will receive either a bill credit or a cash payment as well as a personal identification number ("PIN") containing calling units that can be used to make domestic or international calls. Each PIN will contain approximately 600 calling units (275 million calling units will be available overall—valued at $27.5 million). More details about the terms and conditions of the PINs are provided at www.verizonFSPclassaction.com.

**Your Options.** If you do nothing, you will be bound by the settlement and you will release claims. If you don't want to be legally bound by the settlement, you must exclude yourself by **February 27, 2015**. Unless you exclude yourself, you won't be able to sue Verizon Wireless and related parties for any claim asserted in this lawsuit or released by the Settlement Agreement. If you don't exclude yourself from the settlement, you may object and notify the Court that you or your lawyer intend to appear at the hearing. Objections must be filed and served by **February 27, 2015**. Notices of intent to appear must be filed and served by **March 13, 2015**. More information is available at www.verizonFSPclassaction.com.

The Court will hold a hearing on **March 30, 2015** to consider whether to approve: the settlement; attorneys' fees of up to 30% of the $64.2 million settlement fund; notice and administration expenses of up to $2.5 million; $15,000 payments to the Class Representatives (Ralph Demmick and Donald Barth); and the plan of allocation and distribution for the balance of the settlement fund to Settlement Class Members. Please do not contact Verizon Wireless about this Settlement.

John Finn
5241 Del Sur Cir.
La Palma, CA 90623-2211

CERTIFIED MAIL

7014 2120 0002 7277 8804

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
CYPRESS, CA
90630
MAR. 06, 15
AMOUNT
$6.49
00102262-19

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
50 Walnut Street
Newark, N.J. 07101