AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Ralph Demmick, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 06-2163 (JLL) |
| Cellco Partnership | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kim Baker, Objector.

Date: 03/24/2015

s/ Vincent S. Verdiramo
*Attorney's signature*

Vincent S. Verdiramo, 024691986
*Printed name and bar number*
3163 Kennedy Blvd
Jersey City, NJ  07306

*Address*

verdiramo@aol.com
*E-mail address*

(201) 798-7082
*Telephone number*

(201) 798-4627
*FAX number*