Demmick v. Cellco Partnership d/b/a Verizon Wireless
Settlement Administrator
P.O. Box 43329
Providence, RI 02940-3329

**CDK**

000253

Claim #: CDK-70006363801 389
JANET HALE
1033 WILLIAMS RD
BURNET, TX 78611-5652

Name/Address Changes (if any):

Janet S. Hale
Evan C Hale
First Name          Last Name

1033 Williams Rd
Address

Burnet                    , Tx      78611
City                         State      Zip

Daytime Telephone Number: ( 512 ) 626 8815

Evening Telephone Number: ( 512 ) 626 8812

E-Mail Address: N.A.

*Demmick et al. v. Cellco Partnership d/b/a Verizon Wireless*

## CLAIM FORM

**Instructions:** In order to receive settlement benefits in this case, you must: (1) fill out the Name/Address Information Box above; and (2) provide all of the information requested below, sign this form and return it by mail postmarked no later than April 29, 2015 to: *Demmick v. Cellco Partnership d/b/a Verizon Wireless* Settlement Administrator, P.O. Box 43329, Providence, RI 02940-3329. Claim Forms can also be submitted online at www.VerizonFSPClassAction.com no later than April 29, 2015. **YOU DO NOT NEED TO SUBMIT A CLAIM FORM IF YOU RECEIVED NOTICE OF THE SETTLEMENT BY MEANS OF EMAIL OR BY MEANS OF A POSTCARD RECEIVED IN THE MAIL.**

**Mobile Phone Number Associated with a Current or Former Verizon Wireless Account (required):**

512 626 8815 — 512 626 8812 — 512 678 60 38

**Status of Verizon Wireless Account (required – check only one):**

[✓] Current/Active Subscriber   **OR**   [ ] Former/Inactive Subscriber

**By filing this Claim Form, I affirm the following (please check all that apply):**

[✓] I did not receive direct notice about the above-referenced settlement via e-mail or postal mail.

[✓] As of November 19, 2014, I was a U.S. resident who, between May 11, 2002 and May 10, 2006, was a Verizon Wireless customer subscribing to a Family SharePlan covering two or more persons with different per-minute rates for minutes used after the shared plan allowance was exhausted ("after-allowance minutes"), and who was assessed charges for after-allowance minutes at a rate higher than the rate associated with the phone used to make or receive the calls after the allowance minutes were exhausted, calculated on a real time basis.

[✓] As of November 19, 2014, I was a U.S. resident who, between May 11, 2002 and May 10, 2006, was a Verizon Wireless customer subscribing to a Family SharePlan that offered unlimited, free "In-Network" and/or "In-Family" calling, and who was charged for "In-Network" and/or "In-Family" calling.

By signing below, I declare that the information submitted on this form is true and correct to the best of my knowledge.

Signature: _Evan C. Hale, Janet S. Hale, J J Hale walker_

Full Name (Type or Print): _Evan Coral Hale, Janet Schnure Hale_

Date (mm/dd/yyyy): _2/5/2015_

70006363801          **CDKPOC1**

232154_dem/000253/001009

01ZJ2A



*White-throated Sparrow*

AUSTIN TX 787

RIO GRANDE DISTRICT
06 MAR 2015 PM 2 L

U.S. District Court
District of New Jersey
50 Walnut St.
Newark, N.J. 07101

07102359559



Janet S. Hale
1033 Williams Rd.
Burnet, TX 78611-5652