UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:
RALPH DEMMICK; DONALD BARTH

(Plaintiff)

v.
CELLCO PARTNERSHIP
(Defendant)

Docket No.: 06-2163 (JLL)

Judge: Hon. Jose L. Linares

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that **Kendrick Jan, objector**
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from
[X] Judgment, [X] Order, [ ] Other **Final Judgment, and Order Approving Plan of Allocation and Distribution of the Settlement Fund**
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

April 30, 2015
(Date)

Dated: May 13, 2015

_____
Appellant

402 West Broadway, 27th Floor
Street

San Diego, CA 92101
City, State, Zip

(619) 231-7702
Telephone

Kendrick Jan
Jan & Jan Attorneys
402 W. Broadway, 27th Floor
San Diego, CA 92101

Clerk of Court
U.S. District Court
50 Walnut Street, Rm. 4015
Newark, New Jersey 07102

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2015 MAY 19 A 10:39



UNITED STATES POSTAL SERVICE Retail

PRE

P

US POSTAGE PAID

$5.75

Origin: 92008
2.20 oz.
05/14/15
0513080008-99

1006

PRIORITY MAIL® 2-DAY

Expected Delivery Day: 05/16/15

USPS TRACKING NUMBER

9505 5110 6010 5134 4693 75

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED

2015 MAY 19 A 10

PRESS FIRMLY TO SEAL

PRIORITY MAIL POSTAGE REQUIRI

FROM:

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Kendrick Jan
Jan & Jan Attorneys
402 W Broadway, 27th fl
San Diego CA 92101

TO: Clerk of Court
US District Court
50 Walnut St. Rm 4015
Newark, NJ 07102

Label 228, July 2013

FOR DOMESTIC AND INTERNATIONAL USE

This envelope is made from post-consumer waste. Please recycle - again.

EP14F July 2013

VISIT US AT USPS.COM®

UNITED S