**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | ) | |
|---|---|---|
| **RALPH DEMMICK , et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-2163 (JLL) |
| **CELLCO PARTNERSHIP,** | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Class member/Objector Nancy C. Corser hereby appeals to the United States Court of Appeals for the Third Circuit from (1) the Findings of Fact, Conclusions of Law, and Order Awarding Attorneys' Fees to Class Counsel, Reimbursing Expenses Incurred by Class Counsel and Approving Payment of Settlement Administrator's Fees and Expenses (Document 183); (2) the Order Approving Plan of Allocation and Distribution of the Settlement Fund (Document 184); (3) the Final Judgment (Document 185); and (4) the Opinion (Document 181) entered in this case on May 1, 2015.

Respectfully submitted,

/s/ Vincent S. Verdiramo
VINCENT S. VERDIRAMO, JR.
VERDIRAMO & VERDIRAMO ESQS
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
verdiramo@aol.com

John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on May 22, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

                */s/ Vincent S. Verdiramo*
                Vincent S. Verdiramo