# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH DEMMICK, on behalf of himself and all others similarly situated; DONALD BARTH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership doing business as Verizon Wireless; and DOES 1 through 10,<br><br>Defendant. | Civ. Act. No. 06-2163 (JLL)<br><br>Honorable José L. Linares |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Wanda J. Cochran ("Cochran ") appeals to the United States Court of Appeals for the Third Circuit from the Opinion (Doc. No. 181) entered in this action on May 1, 2015; the Findings of fact, Conclusions of Law, and Order Awarding Attorneys' Fees to Class Counsel, Reimbursing Expenses Incurred By Class Counsel, and Approving Payment of Settlement Administrator's Fees and Expenses (Doc. No. 183) entered in this action on May 1, 2015; the Order Approving Plan of Allocation and Distribution of the Settlement Fund (Doc. No. 184) entered in this action on May 1, 2015; the Order Granting Final Approval to Settlement (Doc. No. 186) entered in this action on May

1

7, 2015; and all orders and opinions that merge therein. Cochran also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying Cochran or her objection, including any entered or signed subsequent to this notice of appeal.

Dated: May 22, 2015

Respectfully submitted,

*Wanda J. Cochran*
Wanda J. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Tel: (330) 414-9322
Email: wandacochran7@gmail.com
Objector/Appellant
Appearing Pro Se

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing document was served by First Class U.S. Mail to the following on May 22, 2015:

U.S. District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

Robert A. Curtis, Esq.
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101

Henry Weissmann, Esq.
Munger, Tolles & Olson LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071

*Wanda J. Cochran*
Wanda J. Cochran

2

Paula Cochran
385 Russell A.
Fruitsboro, Ohio
44241

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2015 MAY 26  P 4:13

U.S. District Court
District of New Jersey
50 Walnut St
Newark, NJ 07101

