UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **RALPH DEMMICK, et al.,**<br>Plaintiffs, | )<br>)<br>)<br>) |  |
| v. | ) | No. 06-2163 (JLL) |
| **CELLCO PARTNERSHIP,**<br>Defendant. | )<br>)<br>)<br>)<br>) |  |

## NOTICE OF APPEAL

Class member/Objector Kimberly J. Baker hereby appeals to the United States Court of Appeals for the Third Circuit from (1) the Findings of Fact, Conclusions of Law, and Order Awarding Attorneys' Fees to Class Counsel, Reimbursing Expenses Incurred by Class Counsel and Approving Payment of Settlement Administrator's Fees and Expenses (Doc. 183); (2) the Order Approving Plan of Allocation and Distribution of the Settlement Fund (Doc. 184); (3) the Final Judgment (Doc.185); and (4) the Opinion (Doc. 181) entered in this case on May 1, 2015.

Respectfully submitted,

/s/ Vincent S. Verdiramo
VINCENT S. VERDIRAMO, JR.
VERDIRAMO & VERDIRAMO ESQS
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
verdiramo@aol.com

W. Allen McDonald (admitted pro hac vice)
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd., Ste. 101
Knoxville, TN 37923
(865) 246-0800
(865) 690-8199
amcdonald@lpwpc.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on May 29, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo
