UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RALPH DEMMICK, on behalf of himself and all others similarly situated; DONALD BARTH, on behalf of himself and all others similarly situated,

Plaintiffs,

V.

CELLCO PARTNERSHIP, a Delaware General Partnership doing business as Verizon Wireless; and DOES 1 through 10,

Defendants,

and

Michael J. Rinis

_____Objector._____/

Civ. Act. No. 06-2163 (JLL)

## NOTICE OF APPEAL

NOTICE IS GIVEN that Objector, Michael J. Rinis appeals to the United States Court of Appeals for the Third Circuit, Document No. 181 the Opinion, entered on the docket May 1, 2015; Document No. 182 the Order Granting Incentive Awards to Class Representatives, entered on the docket May 4, 2015; Document No. 183 the Findings of Fact, Conclusions of Law, and Order Awarding Attorneys' Fees to Class Counsel, Reimbursing Expenses Incurred by Class Counsel and Approving Payment of Settlement Administrator's Fees and Expenses, entered on the docket May 4, 2015; Document No. 184 the Order Approving Plan of Allocation and

Distribution of the Settlement Fund, entered on the docket May 4, 2015; Document No. 185 the Final Judgment, entered on the docket May 4, 2015; and Document No. 186 the Order Granting Final Approval to Settlement, entered on the docket May 7, 2015; all of which were entered by the Honorable Jose L. Linares, United States District Court Judge.

This is an appeal as of right taken pursuant to Rule 4(a)(3) F.R.A.P..

Dated: May __, 2015.

Respectfully submitted,

_____
Michael J. Rinis, Objector
9517 Georgia Avenue
Silver Spring, Maryland 20910
(301) 587-1021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28 day of May, 2015, with the filing of this original Notice of Appeal, I have provided sufficient copies to the Clerk pursuant to Rule 3(a)1 of the Federal Rules of Appellate Procedure.

_____
Michael J. Rinis

Do not ship liquids, blood, or clinical specimens in this packaging.

RECEIVED

FedEx Express®

322 1 F
B03 10:30 4596
06.01

Helping the environment.

FedEx TRK# 0200 8604 1092 4696

MON - 01 JUN 10:30
PRIORITY OVERNIG

SB VAKA

EID 302770 29MAY15 DCAA 522C1/25E2/EE4B

FedEx Express® US Airbill 8604 1092 4696 0200 Form ID No. FedEx Retrieval Copy

fedex.com 1.800.GoFedEx 1.800.463.3339

**1 From**

Date: 5/28/15 Sender's FedEx Account Number: 4042-3142-1

Sender's Name: Michael J. Rinis Phone: 301 587-1021

Company: Rinis Travel Service, Inc.

Address: 9517 Georgia Avenue Dept./Floor/Suite/Room

City: Silver Spring State: MD ZIP: 20910

**2 Your Internal Billing Reference** 15-00044 Cellco/Verizon

**3 To**

Recipient's Name: Clerk of the Court Phone: 973 645-3730

Company: U.S. District Court

Recipient's Address: 50 Walnut Street Room 4015

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address: Martin Luther King Bldg + US Courthouse

To request a package be held at a specific FedEx location, print FedEx address here.

City: Newark, State: NJ ZIP: 07101

**4a Express Package Service** *Packages up to 150 lbs.*

1 [X] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
5 [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
6 [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
3 [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
20 [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

7 [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
8 [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
83 [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation. ** To most locations.

**5 Packaging**

6 [X] FedEx Envelope* 2 [ ] FedEx Pak* (Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.) 3 [ ] FedEx Box 4 [ ] FedEx Tube 1 [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

3 [ ] SATURDAY Delivery — Not available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
1 [ ] HOLD Weekday at FedEx Location — Not available for FedEx First Overnight.
31 [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

[X] No 4 [ ] Yes As per attached Shipper's Declaration [ ] Yes Shipper's Declaration not required. 6 [ ] Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging. [ ] Cargo Aircraft Only

**7 Payment** Bill to: Enter FedEx Acct. No. or Credit Card No. below. Obtain Recip. Acct. No. [ ]

1 [ ] Sender Acct. No. in Section 1 will be billed. 2 [ ] Recipient 3 [X] Third Party 4 [ ] Credit Card 5 [ ] Cash/Check

[redacted] 4042 [redacted]

Total Packages: 1 Total Weight [redacted] Total Charges

Credit Card Auth.

†Our liability is limited to $100 unless you declare a higher value. See the current FedEx Service Guide for details.

fedex.com 1.800.GoFedEx 1.800.463.3339

