UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:

Ralph Demmick, et al.
(Plaintiff)
Donald Barth, et al.
v.

(Defendant)
Cellco Partnership DBA
Verizon Wireless

Docket No.: 06-CV-02163

Judge: Honorable Jose L. Linares

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that _MICHAEL NARKIN_
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from

[✓] Judgment, [✓] Order, [✓] Other _Opinion, Approval re Class_
(Specify)

of the United States District Court, District of New Jersey, entered in this action on

_May 1+7, 2015_
(Date)

Settlement
attorney fees,
and expenses,
incentive
awards

Dated: 5-28-2015

Michael Narkin, Pro Se
Appellant
85391 Chezem Road
Street
Eugene, OR 97405
City. State, Zip
541-852-5507
Telephone

RECEIVED

JUN 0 1 2015

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Schedule packages



**U.S. POSTAGE**
PAID
AMOUNT
**$19.99**
1007
00114320-21

Print postage onli

FOLD FIRMLY



# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE

### Flat Rate
### Mailing Envelope
*For Domestic and International Use*

*Visit us at usps.com*

**EMS**

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

EK43803362203



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS™**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 541 ) 852-5507

M. Narkin
85391 Chezem Road
Eugene, OR 97405

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

U.S. District Court
District of New Jersey
50 Walnut Street
Newark, NJ
ZIP + 4* (U.S. ADDRESSES ONLY)   07102

**RECEIVED JUN 01 2015 WALSH**

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| | | |
|---|---|---|
| PO ZIP Code 97475 | Scheduled Delivery Date (MM/DD/YY) 6-1-15 | Postage $ 19.99 |
| Date Accepted (MM/DD/YY) 5-31-15 | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted 11:32 ☐ AM ☒ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Weight ___ lbs. ___ ozs. | ☒ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 19.99 |
| | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| 10/20 | ☐ AM ☐ PM | QW |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

AT 8:30
WMW

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   **3-ADDRESSEE COPY**

EP13F JULY 2007 © U.S. Postal Service

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail®. Misuse may be a violation of federal law. This packaging is not for resale. EP13F

Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste.
This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

Please recycle.

