UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court

Docket Number: 2:06-cv-02163-JLL-MF

(Plaintiff) Ralph Demmick, on behalf of himself and all others similarly situated; Donald Barth, on behalf of himself and all others similarly situated,

v.

(Defendant) Cellco Partnership, a Delaware General Partnership doing business as Verizon Wireless; and Does 1 through 10

Judge: Jose L. Linares

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is given that _____John Finn_____
               (Named Party)

appeals to the United States Court of Appeals for the Third Circuit from
[xx] Judgement, [xx] Order, [xx] Other Documents 181,182,183,184, 185
                                              (Specify)

of the United States District Court, District of New Jersey, entered into this action on
May 1, 2015
   (Date)

Dated: May 14, 2015

John Finn
5241 Del Sur Circle
La Palma, CA 90623

     

7014 2870 0000 1494 8753

1000

U.S. POSTAGE PAID
CYPRESS,CA
90630
MAY 20, 15
AMOUNT
$6.22
00102639-12

From:
John Finn
5241 Del Sur Circle
La Palma, CA 90623

TO:
US District Court
District of New Jersey
50 Walnut Street
Newark, NJ
07101