IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH DEMMICK, on behalf of himself and all others similarly situated; DONALD BARTH, on behalf of himself and all others similarly situated, <br><br>Plaintiffs, <br>v. <br>CELLCO PARTNERSHIP, a Delaware General Partnership doing business as Verizon Wireless; and DOES 1 through 10, <br><br>Defendant. | Civ. Act. No. 06-2163 (JLL) <br><br>Honorable Jose L. Linares <br><br><br><br><br>Motion Return Date: August 3, 2015 |

---

### OBJECTOR/APPELLANT MICHAEL J. RINIS' RESPONSE TO PLAINTIFFS' MOTION TO REQUIRE APPEAL BOND

---

Objector/Appellant Michael J. Rinis Responds to Plaintiffs/Appellees' Motion to Require Appeal Bond (Document 502) and says: requiring the Objector/Appellants to post a $55,000.00 appeal bond, pursuant to rule 7, would be error, as a matter of law, and would spawn separate

RECEIVED
JUL 24 2015
AT 8:30_____M
WILLIAM T. WALSH, CLERK

1

collateral appeals; additionally, I adopt the responses of Objector/Appellants Kimberly Baker (Document 207) and Kendrick Jan (Document 209) as if set forth fully herein.

Respectfully, submitted,

*Michael J Rinis*

Michael J. Rinis
9517 Georgia Avenue
Silver Spring, Maryland 20910
(301) 587-1021

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2015, the original of this document was served on the Clerk of the Court by Federal Express for next day delivery and all counsel of record shall be served by the Court's CM/ECF system when the Clerk posts this document, and a true and correct copy of the foregoing was served on the following by regular U.S. Mail, postage prepaid:

| | |
|---|---|
| Wanda J. Cochran<br>1385 Russell Drive<br>Streetsboro, OH 44241 | Michael Narkin<br>85391 Chezem Road<br>Eugene, OR 97405 |
| Kendrick Jan<br>402 West Broadway, 27th Floor<br>San Diego, CA 92101 | Thomas D. Domonoske<br>461 Lee Avenue<br>Harrisburg, VA 22802 |
| Janet Hale<br>1033 Williams Road<br>Burnet, TX 78611-5652 | Shannon Leigh Adams<br>223 View Street<br>Asheville, NC 28806 |