Michael Narkin, Pro Se
85391 Chezem Road
Eugene, OR 97405
541-852-5507
541-933-5504
mpilot2001@aol.com

Objector and Class Member

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RALPH DEMMICK, et al.,     Case No. 06-CV-2163

        Plaintiffs,

v.

CELLCO PARTNERSHIP, et al.,

        Defendants

**OBJECTOR'S OPPOSITION TO MOTION FOR BOND**

_____/

**I, Michael Narkin, declare as follows:**

1) I have no other income other than my monthly Social Security check;
2) I had to borrow the amount for the appeal filing fee in this matter;
3) And therefore I am unable to put up a bond in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 19, 2015 at Eugene, OR.

*/s/ Michael Narkin*

Michael Narkin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2015, I express mailed the foregoing to the Clerk of the Court. It is my understanding that the CM/ECF system will send notification of the filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on August 19, 2015

By: _____

USPS Priority Mail Express envelope (shown sideways/inverted).

FROM: Nader, 8539 Oregon Rd, Eugene OR 97405

TO: US District Court, 50 Walnut St, Newark NJ 07102

Date Accepted: AUG 21 2015

Label: EP13F July 2013 OD: 12.5 x 9
PS10001000006