# Hellring Lindeman Goldstein & Siegal LLP
## COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL △
JONATHAN L. GOLDSTEIN △ +
MICHAEL EDELSON
MARGARET DEE HELLRING △
CHARLES ORANSKY △
RICHARD B. HONIG △
RICHARD K. COPLON △
ROBERT S. RAYMAR △
STEPHEN L. DREYFUSS △
PATRICIA A. STAIANO
JOHN A. ADLER △
JUDAH I. ELSTEIN △
BRUCE S. ETTERMAN △
MATTHEW E. MOLOSHOK △
DAVID N. NARCISO △
ROBERT B. ROSEN △
SHERYL E. KOOMER
RONNIE F. LIEBOWITZ
LISA P. PARKER
JOSEPH H. TRINGALI △ +
CHRISTY L. SAALFELD △
CORINNE B. MALONEY

△ NJ & NY   + FL

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5323
T: +1.973.621.9020 | F: +1.973.621.7406

www.hlgslaw.com

DAVID LANDAU
OF COUNSEL

PHILIP LINDEMAN II (1925-2011)
RICHARD D. SHAPIRO (1944-2011)

September 10, 2015

By ECF and First-Class Mail

Honorable Jose L. Linares, USDJ
United States District Court
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Room 5054
Newark, NJ 07101-0999

Re:   Demmick v. Cellco Partnership
      Civil Action No. 06-CV-2163 (JLL)

Dear Judge Linares:

This firm is co-counsel for Plaintiffs in this matter. We are in receipt of the Court's order (Document No. 220) filed September 9, 2015 granting in part plaintiffs' motion to require Objector Appellants to Post a Bond Pursuant to Federal Rule of Procedure 7 and determining the amount of the bond.

The order does not state the time period within which the objector appellants must post the bond. For the avoidance of additional motion practice and so all parties will have clarity, we respectfully request that the Court supplement or modify the order by requiring that the bond be posted within 14 days after entry of the order, by analogy to F.R.A.P. 5(d)(1)(B)(cost bonds under Rule 7 must be filed within 14 days after permission to appeal granted).

Respectfully yours,

Stephen L. Dreyfuss

Hellring Lindeman Goldstein & Siegal LLP

Honorable Jose L. Linares, USDJ   - 2 -   September 10, 2015

SLD:dmb
Enclosure
cc:   All counsel on ECF system (by ECF)
      All other counsel and parties on attached address list (by first-class mail)

44731

Vincent S. Verdiramo, Jr., Esq.
Verdiramo & Verdiramo Esqs. PA
3163 Kennedy Blvd.
Jersey City, NJ 07306

Ms. Wanda J. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241

W. Allen McDonald, Esq.
249 N Peters Road
Suite 101
Knoxville, TN 379234917

Mr. John Finn
5241 Del Sur Circle
La Palma, CA 90623-2211

Mr. Michael J. Rinis
9517 Georgia Avenue
Silver Spring, MD 20910

Ms. Shannon Leigh Adams
223 View St.
Asheville, NC 28806

Mr. Michael Narkin
85391 Chezem Road
Eugene, OR 97405

Mr. Kendrick Jan
402 West Broadway, 27th Floor
San Diego, CA 92101

Mr. Thomas D. Domonoske
461 Lee Avenue
Harrisonburg, Virginia 22802

Ms. Janet S. Hale
1033 Williams Rd.
Burnet, TX 78611-5652

John Pentz, Esq.
19 Widow Rites Lane
Sudbury, Massachusetts 01776

Michael J. Rinis
4128 NW 13th Street
Gainsville, Fl 32609