TELEPHONE 865-246-0800
FAX 865-690-8199

LACY, PRICE & WAGNER, P.C.
ATTORNEYS & COUNSELORS AT LAW
249 NORTH PETERS ROAD, SUITE 101
KNOXVILLE, TENNESSEE 37923
WWW.LPWPC.COM

September 21, 2015

**W. ALLEN MCDONALD**
(865) 246-0800

email address:
amcdonald@lpwpc.com

**Via Federal Express**
William T. Walsh, Clerk of Court
Clerk of the U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   Demmick v. Cellco Partnership
       Civil Action Number 06-2163 (JLL)

Dear Mr. Walsh:

I represent Kimberly Baker, an objecting class member in the above-captioned matter. My client appealed the final approval of the class action settlement in this matter (Docket entries 181, 183, 184 and 185). Her appeal is designated as Appeal No. 15-2328 in the United States Court of Appeals for the Third Circuit.

On September 9, 2015, the Court entered an Order requiring the objectors to jointly and severally post a bond in the amount of $25,000 (Docket Entry 220). My client opposes the imposition of an appeal bond in any amount over $2,500 and she is appealing the bond order.

Accordingly, I am hereby respectfully tendering the sum of $357.14, representing one-seventh of $2,500 as the portion of the court-imposed bond that is not contested by Kimberly Baker.

A certified check together with the original of this letter is being transmitted to the Court via Federal Express for overnight delivery. A copy of the cashier's check is also attached. Please forward a receipt for the $357.14 payment to me at the address above.

Mr. William T. Walsh
September 21, 2015
Page 2


Thank you for your attention to this matter.  Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

LACY, PRICE & WAGNER, PC

W. Allen McDonald

WAM:sh
Enclosures

Cc:   Matthew E. Moloshok (via email mmoloshok@hlgslaw.com)
      Philip R. Sellinger (via email sellingerp@gtlaw.com)
      Stephen L. Dreyfuss (via email sldreyfuss@hlgslaw.com)
      Todd L. Schleifstein (via email schleifsteint@gtlaw.com)
      Wanda J. Cochran (via U.S. Mail)
      Kendrick Jan (via U.S. Mail)
      Michael Narkin (via U.S. Mail)
      Michael J. Rinis (via U.S. Mail)
      Thomas D. Domonoske (via U.S. Mail)
      John Finn (via U.S. Mail)
      Janet S. Hale (via U.S. Mail)
      Heather V. Taylor (via U. S. Mail)



**SunTrust**                    **Cashier's Check**                              3130824798

                                                                                64-79/611

**Fraud Protected**
by Positive Pay

Purchaser                                                          Date          Initials      

        LACY, PRICE & WAGNER, PC

**PAY**        ****$357.14*****                    Sep. 21, 2015  $      **357.14**

To the     U. S. DISTRICT COURT, NEW JERSEY
Order
of                                                               SunTrust Banks, Inc. by its Authorized Agent
                                                                 SunTrust Bank
Payable at SunTrust     Re: Demmick v. Cellco Partnership
                        06-2163(JLL)                             Authorized Signature

⑈3130824798⑈ ⑆061100790⑆ 7019019996⑈