# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 15-2286, 15-2327, 15-2328, 15-2353, 15-2354, 15-2378, 15-2456 & 15-3309

Ralph Demmick, et al v. Cellco Partnership

(D.N.J. No. 2-06-cv-02163)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

Dated:  August 29, 2016


cc:

N. Albert Bacharach Jr., Esq.
George W. Cochran Jr.,Esq.
Wanda J. Cochran
Stephen L. Dreyfuss. Esq.
John Finn
J. Paul Gignac, Esq.
Kendrick Jan, Esq.
W. Allen McDonald, Esq.
Steve A. Miller, Esq.
Matthew E. Moloshok, Esq.
Sebrina Narkin
John J. Pentz, Esq.
Ellen D.M. Richmond, Esq.
Michael J. Rinis
Philip R. Sellinger, Esq.
Henry Weissmann, Esq.
Jan L. Westfall, Esq.



**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.